IRS
290 Broadway
NY NY 10000

Preferred Bank NA
601 S. Figueroa St
47th FLR
Los Angeles, CA 90017

NewTek SBA Loan
1981 Marcus Ave
Lake Success, NY 11042

40 Walker St LLC
160 Seventh ~~Ave~~ St.
Brooklyn, NY 11215

The Spence School
22 E 92nd St
NY NY 10012

HSBC Mastercard
PO Box 9
Buffalo NY 19850

Wells Fargo Visa
PO Box 10347
Des Moines, IA 50306

PayPal Credit
PO Box 71727
Philadelphia PA 19176

Citi Credit
PO Box 9001037
Louisville KY 40290

Credit One Bank
PO Box 60500
City of Industry
CA 91716