# Notice Recipients

District/Off: 0208−1   User: admin   Date Created: 4/8/2025
Case: 25−10684−jpm   Form ID: 309A   Total: 19

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Joel Darren Plasco | 40 Walker Street    Apt 5    New York, NY 10013 |
| ust | United States Trustee | Office of the United States Trustee − NY    Alexander Hamilton Custom House    One Bowling Green, Room 534    New York, NY 10004−1408 |
| tr | Yann Geron | Yann Geron    Geron Legal Advisors LLC    370 Lexington Avenue    Suite 1208    New York, NY 10017 |
| aty | J. Nelson Happy | J. Nelson Happy, Attorney at Law    150 Central Park S    Suite 1105    New York, NY 10019 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance | Office of Legal Affairs    375 Pearl Street, 30th Floor    New York, NY 10038 |
| 8560551 | 40 WALKER STREET LLC | 160 SEVENTH STREET    BROOKLYN NY 11215 |
| 8560554 | CHASE VISA CARD | P.O. BOX 15299    WILMINGTON DE 19850 |
| 8560557 | CITI CREDIT | P.O. BOX 9001037    LOUISVILLE, KY 40290 |
| 8560558 | CREDIT ONE BANK | P.O. BOX 60500    CITY OF INDUSTRY, CA 91716 |
| 8560553 | HSBC MASTERCARD | P.O. BOX 9    BUFFALO, NY 14240 |
| 8560548 | IRS | 290 BROADWAY    NEW YORK, NY 1000 |
| 8560550 | NEWTEK SBA LOAN PERSONAL GUARANTY | 1981 MARCUS AVE    STE 130    LAKE SUCCESS NY 11042 |
| 8560556 | PAYPAL CREDIT | PO BOX 71727    PHILADELPHIA PA 19176 |
| 8560549 | PREFERRED BANK NA PERSONAL GUARANTY | 601 S. FIGUEROA ST    47TH FLOOR    LOS ANGELES, CA |
| 8560552 | THE SPENCE SCHOOL | 22 E 92ST ST    NEW YORK, NY 01012 |
| 8560555 | WELLS FARGO VISA | P.O. BOX 10347    DES MOINES, IA 50306 |

TOTAL: 19