UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re: Joel Darren Plasco                Case No. 25-10684-jpm

                    Chapter 7

      Debtor.

               VERIFICATION OF CREDITOR MATRIX

The undersigned certifies that the attached matrix of creditors, as amended, is true and correct to the best of my know

Dated: April 22, 2025

_____

Joel Darren Plasco

Debtor

IRS
290 Broadway
New York, NY 10000

PayPal Credit
PO Box 71727
Philadelphia, PA 19176

Preferred Bank NA
601 S. Figueroa Street
47th Floor
Los Angeles, CA 90017

Citi Credit
PO Box 9001037
Louisville, KY 40290

NewTek SBA Loan
1981 Marcus Avenue
Lake Success, NY 11042

Credit One Bank
PO Box 60500
City of Industry, CA 91716

40 Walker Street LLC
160 Seventh Street
Brooklyn, NY 11215

Prescient Capital Management, LLP
P.O. Box 180673
440 Wells Street, Suite 203
Delafield, WI 53018

The Spence School
22 E 91st Street
New York, NY 10012

Becker & Polliakoff
1 East Broward Blvd.
Suite 1800
Ft. Lauderdale, FL 33301

HSBC Mastercard
PO Box 9
Buffalo, NY 19850

ConEd
PO Box 1702
New York, NY 10116

Wells Fargo Visa
PO Box 10347
Des Moines, IA 50306

JPMorgan Bank NA (Auto Loans)
PO Box 182055
Columbus, OH 43218

EZ Pass New York Customer Service Center
Attn Judgement Processing
PO Box 15103
Albany, NY 12212

US Treasury Cares Program
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

SBA EIDL Loans
U.S. Small Business Administration
P.O. Box 3918
Portland, OR 97208

Halevi Enterprises
80 Maiden Ln
New York, NY 10038

Bank of America (Virgin Atlantic Visa)
P.O. Box 15019
Wilmington, DE 19850

Chase Credit Card Services
Customer Service
P.O. Box 15299
Wilmington, DE 19850

Verizon Wireless Bankruptcy Administration
500 Technology Drive, Suite 550
Weldon Spring, MO 63304