J. Nelson Happy, Esq.
150 Central Park S.
Suite 1105
New York, NY 10019
Telephone: (803) 285-2626
Email: jnelsonhappy@gmail.com

*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| JOEL DARREN PLASCO | : | Case No. 25-10684 (JPM) |
| | : | |
| Debtor. | : | |
| | : | |

## CERTIFICATION OF SERVICE

J. Nelson Happy, Esq. certifies as follows:

1.     On June 26, 2025, I caused a true and correct copy to be served by first-class United States mail, postage prepaid the *Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline* upon the additional creditor(s) listed on the Amended Scheduled E/F.

2.     The notice was mailed to the addresses listed on the attached service list.

I certify under penalty of perjury that the foregoing is true and correct.


Dated: June 26, 2025

/s/  J. Nelson Happy
J. Nelson Happy, Esq.
*Counsel for the Debtor*

# **SERVICE LIST**

Dvash Aviation Holdings
c/o Maurice B. VanStandig,
Attorney
1452 N. Horizon Ridge Pkwy, #665
Henderson, NV 89012