J. Nelson Happy, Esq.
150 Central Park S.
Suite 1105
New York, NY 10019
Telephone: (803) 285-2626
Email: jnelsonhappy@gmail.com

*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| JOEL DARREN PLASCO | : | Case No. 25-10684 (JPM) |
| | : | |
| Debtor. | : | |
| | : | |

## AMENDED CERTIFICATION OF SERVICE

J. Nelson Happy, Esq. certifies as follows:

1. On June 23, 2025, I caused a true and correct copy to be served by first-class United States mail, postage prepaid the *Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline* upon the additional creditors listed in the Amended Scheduled E/F filed on June 4, 2025 and added to the creditor matrix.

2. The notices were mailed to each of the additional creditors at the addresses listed on the attached service list.

I certify under penalty of perjury that the foregoing is true and correct.


Dated: July1, 2025

                                                                                           /s/  J. Nelson Happy
                                                                                           J. Nelson Happy, Esq.
                                                                                           *Counsel for the Debtor*

## SERVICE LIST

| | | |
|---|---|---|
| Bank of America (Virgin Atlantic Visa)<br>PO Box 15019<br>Wilmington, DE 19850 | Becker & Polliakoff<br>1 East Broward Blvd.<br>Suite 1800<br>Fort Lauderdale, FL 33301 | Caribbean Sun Airlines<br>5000 N. W. 36th Street<br>Suite 307<br>Miami, FL 33122 |
| Chase Auto Loan<br>PO box 182055<br>Columbus, OH 43218 | ConEd<br>PO Box 1702<br>New York, NY 10116 | Halevi Enterprises<br>80 Maiden Lane<br>New York, NY 10038 |
| MTA Bridges and Tunnels<br>PO box 15103<br>Albany, NY 12212 | SBA EIDL Loans<br>U.S. Small Business Administration<br>PO Box 3918<br>Portland, OR 97208 | TFP Partners<br>109 South 5th Street<br>Brooklyn, NY 11249 |
| Prescient Capital Management, LLP<br>PO Box 180673<br>440 Wells Street, Suite 203<br>Delafield, WI 53018 | US Treasury Cares Program<br>1500 Pennsylvania Avenue, NW<br>Washington, D.C. 20220 | Verizon Wireless Bankruptcy Administration<br>500 Technology Drive, Suite 550<br>Weldon Spring, MO 63304 |