UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------------------------x
In re                                   :   Chapter 7
                                        :
JOEL DARREN PLASCO,                     :   Case No. 25-10684-jpm
                                        :
                   Debtor.              :
--------------------------------------------------------x
```

**STIPULATION AND ORDER EXTENDING THE UNITED STATES TRUSTEE'S AND CHAPTER 7 TRUSTEE'S RESPECTIVE TIME TO OBJECT TO DEBTOR'S DISCHARGE OR TO MOVE TO DISMISS DEBTOR'S BANKRUPTCY CASE THROUGH AUGUST 15, 2025**

**WHEREAS**, the above-captioned debtor (the "Debtor") filed a voluntary petition for relief under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, Yann Geron (the "Trustee") has been appointed chapter 7 trustee of the above-captioned bankruptcy estate; and

**WHEREAS**, pursuant to 11 U.S.C. § 707(b), 11 U.S.C. § 727(a), Fed. R. Bankr. P. 1017(e), and Fed. R. Bankr. P. 4004(a), the time to move for dismissal and/or to object to discharge needs to be extended;

**IT IS NOW, THEREFORE, STIPULATED** by and between the parties hereto that the Trustee's and the United States Trustee's respective time to object to the Debtor's discharge pursuant to § 727(a) of the Bankruptcy Code or to move to dismiss the Debtor's case pursuant to § 707(b) be, and it hereby is, extended to and including **August 15, 2025** without prejudice to further extensions.

New York, New York
Dated: 7/11/2025

By: *s/ Yann Geron*
Yann Geron, Chapter 7 Trustee

New York, New York
Dated: 7/11/25

DEBTOR

*s/ J. Nelson Happy*
J. Nelson Happy
Counsel to the Debtor

**SO ORDERED**:
New York, New York
Dated: July 29, 2025

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2

/S/ John P. Mastando III
Honorable John P. Mastando III
United States Bankruptcy Judge

*s/ Annie Wells*
Annie Wells, Esq.
Trial Attorney